IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: GARY ALLEN FORD  
LORI ANN FORD  
1084 E 26TH AVE  
COLUMBUS, OH  43211  

SSN #(1): XXX-XX-6763  
SSN #(2): XXX-XX-0193  

Case No: 05-60408

Chapter 13

Judge: CHARLES M. CALDWELL

PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT
AND CASE HISTORY

The Case was commenced on June 15, 2005.  
The plan was confirmed on September 20, 2005.  
The Case was concluded on June 25, 2010.

A FINAL REPORT will be filed with the Court after all checks issued by the Trustee have been paid. That report will account for any receipts and disbursements since the issuance of the Certification of Final Payment and Case History.  
THIS CASE IS COMPLETED AND THE DEBTOR IS ENTITLED TO A DISCHARGE.

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of creditors: 62,582.61

DISBURSEMENTS TO CREDITORS:  
DIVIDEND TO UNSECURED: 100.00%

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| AEP<br>00014    UNSECURED | 216.51 | 216.51 | 0.00 | 0.00 |
| AEP<br>00045    ADMINISTRATIVE PRIORITY | 270.00 | 270.00 | 0.00 | 0.00 |
| AEP<br>00044    ADMINISTRATIVE PRIORITY | 92.00 | 92.00 | 0.00 | 0.00 |
| ALAN SHLEIER DDS<br>00013    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ANDREWS DAVIS LEGG ET AL<br>00047    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| ASSOCIATES IN CENTRAL OH OBGYN<br>00015    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| AT&T WIRELESS<br>00016    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK<br>00017    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK<br>00001    SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CAPITAL ONE BANK<br>00003    SECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CENTRAL OHIO ANESTHESIA<br>00018    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CHILDRENS HOSPITAL<br>00019    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOCIATES<br>00025    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |

**PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**
CASE NO. 05-60408   GARY ALLEN FORD and LORI ANN FORD

| NAME OF CREDTIOR/ CLAIM NUMBER | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|
| EASTERN COLLECTION CORP 00020    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| eCAST SETTLEMENT CORPORATION 00023    UNSECURED | 6,433.54 | 6,433.54 | 0.00 | 0.00 |
| FCNB 00029    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| FIRST FEDERAL CREDIT CONTROL 00021    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| FIRST MERIT BANK NA 00022    CLAIM WITHDRAWN | 0.00 | 0.00 | 0.00 | 0.00 |
| GARY ALLEN FORD 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| INSIGHT COMMUNICATIONS 00024    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC 00005    UNSECURED | 2,361.30 | 2,361.30 | 0.00 | 0.00 |
| JEFFREY LAURITO ESQ 00011    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| LERNER SAMPSON ET AL 00009    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| LORI ANN FORD 00000    DEBTOR REFUND | 0.00 | 0.00 | 0.00 | 0.00 |
| MEADE & ASSOCIATES 00046    UNSECURED | 50.00 | 50.00 | 0.00 | 0.00 |
| MIDWEST PHY & ANESTHESIOLOGIST 00026    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| MT CARMEL HEALTH 00027    DISALLOWED PER ORDER | 0.00 | 0.00 | 0.00 | 0.00 |
| NATIONAL ATTORNEY NETWORK 00004    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| NEWPORT NEWS 00028    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| NORTH SHORE AGENCY 00030    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| OFFICE OF THE US TRUSTEE 00042    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| OSI COLLECTION SERVICES INC 00036    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| OSI COLLECTION SERVICES INC 00031    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| PCB 00039    NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| PROSCAN IMAGING GAHANNA 00032    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| RADIOLOGY INC 00033    UNSECURED | 23.27 | 23.27 | 0.00 | 0.00 |
| RICHARD J KAPLOW ESQ 00034    UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| RIVERSIDE METHODIST HOSPITAL 00035    UNSECURED | 762.00 | 762.00 | 0.00 | 0.00 |

**PRE-BAPCPA CHAPTER 13 TRUSTEE'S CERTIFICATION OF FINAL PAYMENT AND CASE HISTORY**

CASE NO. 05-60408   GARY ALLEN FORD and LORI ANN FORD

| NAME OF CREDTIOR/<br>CLAIM NUMBER | AMOUNT<br>ALLOWED | AMOUNT PAID<br>PRINCIPAL | INTEREST | BALANCE<br>DUE |
|---|---|---|---|---|
| ROSSMAN & CO<br>00037   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| ST ANNS HOSPITAL<br>00038   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| STATE TRANSPORTATION CR UN<br>10006   UNSECURED | 1,014.53 | 1,014.53 | 0.00 | 0.00 |
| STATE TRANSPORTATION CR UN<br>00006   SECURED | 7,100.00 | 7,100.00 | 425.01 | 0.00 |
| US BANK NA<br>00008   PRE-PET MTG ARREARS | 7,693.03 | 7,693.03 | 460.55 | 0.00 |
| US BANK NA<br>00007   MORTGAGE | 0.00 | 32,993.14 | 0.00 | 0.00 |
| WATERFIELD MORTGAGE<br>00012   UNSECURED | Surrendered | 0.00 | 0.00 | 0.00 |
| WATERFIELD MORTGAGE CO INC<br>00010   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| WELTMAN WEINBERG & REIS<br>00002   NOTICE ONLY | Not filed | 0.00 | 0.00 | 0.00 |
| WESTERVILLE FAMILY PHYSICIANS<br>00040   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| WESTERVILLE PED SPECIALIST INC<br>00041   UNSECURED | Not filed | 0.00 | 0.00 | 0.00 |
| Debtor refund to be issued upon the<br>approval of the Final Report and Account | 124.55 | 124.55 | | |

SUMMARY OF CLAIMS ALLOWED AND PAID:

| | SECURED | PRIORITY | UNSECURED | CONT DEBTS | SPECIAL | TOTAL |
|---|---|---|---|---|---|---|
| ALLOWED | 14,793.03 | 362.00 | 10,861.15 | 0.00 | 124.55 | 26,140.73 |
| PRIN PAID | 14,793.03 | 362.00 | 10,861.15 | 32,993.14 | 124.55 | 59,133.87 |
| INT PAID | 885.56 | 0.00 | 0.00 | 0.00 | | 885.56 |
| | | | | | TOTAL PAID: | 60,019.43 |

OTHER DISBURSEMENT UNDER ORDER OF COURT:

| DEBTOR'S ATTORNEY | ALLOWED | TOTAL PAID |
|---|---|---|
| TODD G FINNERAN ESQ | 720.00 | 720.00 |

COURT AND OTHER EXPENSES OF ADMINISTRATION:

| TRUSTEE'S % FEE | OTHER COSTS | NOTICE FEES | TOTAL PAID |
|---|---|---|---|
| 1,788.79 | 0.00 | 54.39 | 1,843.18 |

Dated: 07/06/2010

/s/ Frank M. Pees

FRANK M. PEES TRUSTEE
130 E WILSON BRIDGE RD #200
WORTHINGTON, OH  43085-6300
(614)436-6700

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: GARY ALLEN FORD  
LORI ANN FORD  
1084 E 26TH AVE  
COLUMBUS, OH 43211  

Case No: 05-60408

Chapter 13

Judge: CHARLES M. CALDWELL

SSN #(1): XXX-XX-6763  
SSN #(2): XXX-XX-0193

## CERTIFICATION AND OPPORTUNITY TO OBJECT

The debtor having completed payments under the plan and the Trustee having filed a Chapter 13 Trustee's Certification of Final Payment and Case History;

NOTICE is hereby given that if an interested party desires to object to the accounting or to any part thereof they must file an objection and a request for hearing within twenty-one (21) days of the service of this Certification or the Court will close the estate and the Trustee and the surety will be released on the Trustee's bond. Any objection must set forth with specificity the facts on which the objection is based and be served on the Trustee, debtor, and debtor's attorney.

A Trustee's Final Report and Notice to Clerk That Case Can Be Closed will be filed with the Court after all checks issued by the Trustee have been paid. No notice will be given of the filing of the Final Report as this notice is intended to comply with L.B.R.2002-1(a)(2)(C).

Frank M. Pees, Chapter 13 Trustee, does hereby certify the estate has been fully administered except for any uncleared checks issued by the Trustee and that the attached is an accounting of all receipts and disbursements made herein as of the date of the issuance of this Trustee's Certification of Final Payment and Case History.

/s/ Frank M. Pees  
FRANK M. PEES TRUSTEE  
130 E WILSON BRIDGE RD #200  
WORTHINGTON, OH 43085-6300  
(614)436-6700